ROBERT MAYNICKE, Appellant, *v.* CENTRAL REALTY BOND AND TRUST COMPANY, Respondent.

*Maynicke* v. *Central Realty Bond & Trust Co.*, 115 App. Div. 899, affirmed.

(Argued October 23, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for services alleged to have been rendered defendant.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Arthur H. Van Brunt* and *Adrian H. Joline* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, WERNER and WILLARD BARTLETT, JJ. Dissenting: CULLEN, Ch. J., VANN and CHASE, JJ.